IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYCO SAUNDERS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 16-1062 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Chief Magistrate Judge Cynthia Reed Eddy |
| GFS ENTERTAINMENT GROUP, LLC, | ) | |
| and DARRYL ROBINSON, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to Chief United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On January 17, 2020, the Chief Magistrate Judge issued a Report (Doc. 64) recommending that Plaintiff's Requests for Default Judgment against GFS Entertainment Group, LLC ("GFS), and James Smith,[1] (Doc. 62) and Darryl Robinson[2] (Doc. 49) be granted only with respect to GFS and in the amount of $5,001 and otherwise denied.  Service of the Report and Recommendation ("R&R") was made on the parties, and Plaintiff has filed Objections.  *See* Doc. 65.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

---

[1] As all claims against Mr. Smith were dismissed due to lack of service (see Doc. 46), Mr. Smith is no longer a defendant in this case.

2

Plaintiff's Request for Default Judgment against GFS and James Smith (**Doc. 62**) is **GRANTED** only with respect to GFS and for the amount of $5,001 and otherwise denied[3]; Plaintiff's Request for Default Judgment against Darryl Robinson (**Doc. 49**) is **DENIED**; and the R&R is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

June 18, 2020

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc:    Rayco Saunders
       10214 Frankstown Rd
       Pittsburgh, PA 15235

---

[3] To the extent Defendant has specific costs related to bringing this action against GFS, he is directed to 28 U.S.C. §1924.